# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Mark D. Kraynack            BK NO. 24-01653 MJC
       Susan B. Kraynack

                 Debtor(s)                Chapter 7

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of loanDepot.com, LLC and index same on the master mailing list.

                                           Respectfully submitted,

/s/ *Brent J. Lemon*
PA Middle BK
12 Jul 2024, 11:41:58, EDT


KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322

Document ID: 7378df2fcbdc275dd97ddfb26b6db349126dd2fd340d5f18adefff670574e906
Case 5:24-bk-01653-MJC    Doc 12    Filed 07/12/24    Entered 07/12/24 15:36:52    Desc
Main Document     Page 1 of 1