Certificate Number: 05781-PAM-DE-038675282

Bankruptcy Case Number: 24-01653



05781-PAM-DE-038675282

# C<span>ERTIFICATE</span> O<span>F</span> D<span>EBTOR</span> E<span>DUCATION</span>

I CERTIFY that on July 17, 2024, at 12:32 o'clock PM PDT, Mark Kraynack completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: July 17, 2024

By: /s/Allison M Geving

Name: Allison M Geving

Title: President