Certificate Number: 05781-PAM-DE-038675283

Bankruptcy Case Number: 24-01653


05781-PAM-DE-038675283

# C<span style="font-variant:small-caps">ertificate</span> O<span style="font-variant:small-caps">f</span> D<span style="font-variant:small-caps">ebtor</span> E<span style="font-variant:small-caps">ducation</span>

I CERTIFY that on July 17, 2024, at 12:32 o'clock PM PDT, Susan Kraynack completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date:  July 17, 2024                      By:     /s/Allison M Geving

                                          Name:   Allison M Geving

                                          Title:  President